| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Royal Blue Realty Holdings, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **13-3910488** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | | c/o Integrated Total Solutions, Inc.<br>**801 Brickell Avenue**<br>**8th Floor**<br>**Miami, FL 33131** |
| | | **162-174 Christopher Street**<br>**New York, NY 10014** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website (URL)** | |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Royal Blue Realty Holdings, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Royal Blue Realty Holdings, Inc.**                                    Case number (*if known*) _____
               Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____   Case number, if known _____

11. **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

**■ Statistical and administrative information**

13. **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

15. **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Note: In item 15, "$1,000,001 - $10 million" is marked ■.

16. **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Royal Blue Realty Holdings, Inc.**                                    Case number (*if known*) _____
<br>Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Royal Blue Realty Holdings, Inc.**_____    Case number (*if known*) _____
     Name

<hr>

| | Request for Relief, Declaration, and Signatures |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2021**_____
     MM / DD / YYYY

*X* **/s/ Andrew Nichols**_____    **Andrew Nichols**_____
     Signature of authorized representative of debtor         Printed name

Title    **Chief Restructuring Officer**_____

<hr>

**18. Signature of attorney**

*X* **/s/ Robert L. Rattet**_____    Date **April 26, 2021**_____
     Signature of attorney for debtor         MM / DD / YYYY

**Robert L. Rattet**_____
Printed name

**Davidoff Hutcher & Citron LLP**_____
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**_____
Number, Street, City, State & ZIP Code

Contact phone    **212 557 7200**_____    Email address    **rlr@dhclegal.com**_____

**1674118 NY**_____
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name **Royal Blue Realty Holdings, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2021**                 X **/s/ Andrew Nichols**
                                                          Signature of individual signing on behalf of debtor

                                                          **Andrew Nichols**
                                                          Printed name

                                                          **Chief Restructuring Officer**
                                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Royal Blue Realty Holdings, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 130 Barrow Street C/O New Bedford Management 210 E. 23rd St. 5th Floor New York, NY 10010 | | | Disputed | | | $7,469.00 |
| Alberto Duran-Anaya 550 40th Street Apt. 4D Brooklyn, NY 11232 | | | Disputed | | | $1,145.00 |
| Cornicello Tendler & Baumel-Cornicello Two Wall Street 20th Floor New York, NY 10005-2072 | | | Disputed | | | $78,580.56 |
| Deutsche Bank National Trust Company C/O Ocwen Loan Servicing, LLC 1661 Worthington Road Suite 100 West Palm Beach, FL 33409 | | | Unliquidated Disputed | $11,024,064.00 | Unknown | Unknown |
| JAG Accounting 21 Round Lane Levittown, NY 11756 | | | Disputed | | | $225.00 |
| SBA Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155-2243 | | | | | | $37,900.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Royal Blue Realty Holdings, Inc.**                                      Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SBA Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155-2243 | | | | | | $25,495.00 |
| Sing Yu International Inc. d/b/a Sy Marble & Granite Importors Two Rector Street Suite 2104 New York, NY 10006 | | | Disputed | | | $49,400.44 |

# United States Bankruptcy Court
## Southern District of New York

In re  **Royal Blue Realty Holdings, Inc.**

Debtor(s)

Case No. _____

Chapter  **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Serge Soto Family LP** | | **100%** | **shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 26, 2021** _____

Signature  **/s/ Andrew Nichols** _____

**Andrew Nichols**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Royal Blue Realty Holdings, Inc.** _____    Case No. _____
                                              Debtor(s)                Chapter    **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Royal Blue Realty Holdings, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The Serge Soto Family LP**

_____


☐ None [*Check if applicable*]


**April 26, 2021** _____          **/s/ Robert L. Rattet** _____
Date                                              **Robert L. Rattet**

                                                  Signature of Attorney or Litigant
                                                  Counsel for    **Royal Blue Realty Holdings, Inc.** _____
                                                  **Davidoff Hutcher & Citron LLP**
                                                  **605 Third Avenue**
                                                  **34th Floor**
                                                  **New York, NY 10158**
                                                  **212 557 7200 Fax:212 286 1884**
                                                  **rlr@dhclegal.com**

## United States Bankruptcy Court
### Southern District of New York

In re    **Royal Blue Realty Holdings, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Andrew Nichols**, declare under penalty of perjury that I am the **Chief Restructuring Officer** ("CRO") of **Royal Blue Realty Holdings, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **23rd** day of April, 2021_.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Andrew Nichols**, CRO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Andrew Nichols, CRO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Andrew Nichols, CRO** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

Date **April 26, 2021** _____    Signed _____

**Andrew Nichols**

Resolution of Board of Directors
of
**Royal Blue Realty Holdings, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Andrew Nichols, CRO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Andrew Nichols, CRO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Andrew Nichols, CRO** of this Corporation is authorized and directed to employ **Robert L. Rattet,** attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date  **April 26, 2021** _____    Signed _____
                                                                                        **Andrew Nichols**

Date _____    Signed _____

## United States Bankruptcy Court
### Southern District of New York

In re   **Royal Blue Realty Holdings, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 26, 2021** _____     **/s/ Andrew Nichols** _____

**Andrew Nichols/Chief Restructuring Officer**
Signer/Title

130 Barrow Street
C/O New Bedford Management        1 Huntington Quadrangle
210 E. 23rd St. 5th Floor          Suite 3C20
New York, NY 10010                 Attn: Jamie C. Krapf, Esq.
                                   Melville, NY 11747


Alberto Duran-Anaya               NYC Dept. of Finance
550 40th Street                   66 John Street, Ste. 104
Apt. 4D                           New York, NY 10038
Brooklyn, NY 11232


Bryan Cave Et Al.                 NYC Law Department
1290 Avenue of the Americas       100 Church Street
Attnn: Elizabeth Goldberg, Esq.   New York, NY 10007
New York, NY 10104


Cornicello Tendler & Baumel-Cornicello   NYS Dept. of Taxation & Finance
Two Wall Street                   Attn: Office of Counsel, Bldg. 9
20th Floor                        W.A. Harriman State Campus
New York, NY 10005-2072           Albany, NY 12227


Corporation Counsel               SBA
NYC Law Department                Small Business Administration
100 Church Street                 14925 Kingsport Road
New York, NY 10007                Fort Worth, TX 76155-2243


Deutsche Bank National Trust Company   SBA
C/O Ocwen Loan Servicing, LLC     Small Business Administration
1661 Worthington Road             14925 Kingsport Road
Suite 100                         Fort Worth, TX 76155-2243
West Palm Beach, FL 33409


Elaine Shay                       Sing Yu International Inc.
800 3rd Avenue                    d/b/a Sy Marble & Granite Importors
Ste. 2800                         Two Rector Street
New York, NY 10022                Suite 2104
                                  New York, NY 10006


Internal Revenue Service
Centralized Insolvency Opetions
P.O. Box 7346
Philadelphia, PA 19101-7346


JAG Accounting
21 Round Lane
Levittown, NY 11756


Mark A. Berman, Esq.
Ganfer & Shore LLP
360 Lexington Avenue
New York, NY 10017