DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
120 Bloomingdale Road
White Plains, New York 10605
(914) 381-7400
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In Re:                                                                Chapter 11

ROYAL BLUE REALTY HOLDINGS, INC.,        Case No.: 21-10802 (LGB)

                                  Debtor.
---------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Davidoff Hutcher & Citron, LLP hereby appears as counsel to Featherstone Foods, Inc., Sesame Distribution Inc. and Joel Schonfeld. It is requested that copies of any and all notices, pleadings, and orders be sent to:

DAVIDOFF HUTCHER & CITRON, LLP
Proposed Attorneys for Debtor
120 Bloomingdale Road
White Plains, New York 10605
rlr@dhclegal.com
jbg@dhclegal.com
Telephone: (914) 381-7400

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to: copies of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which

affects the above-captioned debtors (the "Debtor"), property in the possession, custody or control of the Debtor or the above referenced case.

Dated: White Plains, New York
April 26, 2021

                                                DAVIDOFF HUTCHER & CITRON, LLP
*Proposed Attorneys for Debtor*
102 Bloomingdale Road
White Plains, New York 10605
(914) 381-7400

By: */s/ James B. Glucksman*
      James B. Glucksman, Esq.