**04/22/21**  
**Cash Basis**

## Royal Blue Realty Holdings Inc.
## Projected Profit & Loss
### May through July 2021

| | May - Jul 21 | To be reimbursed by Net Lessee | After reimbursement |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Net lease/Land lease income | 19,500 | | 19,500 |
| **Total Income** | 19,500 | | 19,500 |
| **Expense** | | | |
| Apt. Remodel./Renovation costs | 5,900 | (5,900) | 0 |
| Bank Service Charges | 50 | | 50 |
| Bookkeeping & Accounting fees | 4,200 | | 4,200 |
| Common charges & Assessm. | 10,925 | (10,925) | 0 |
| Insurance Expense | 6,700 | (6,700) | 0 |
| Office Supplies & expenses | 2,400 | | 2,400 |
| Payroll Expenses | 14,500 | (14,500) | 0 |
| Property Taxes | 40,800 | (40,800) | 0 |
| Repairs & maintenance | 6,000 | (6,000) | 0 |
| Transportation expenses | 350 | | 350 |
| Utilities | 500 | (500) | 0 |
| **Total Expense** | 37,025 | (85,325) | 7,000 |
| **Net Ordinary Income** | (17,525) | | 12,500 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Interest income | 4 | | 4 |
| **Total Other Income** | 4 | | 4 |
| **Net Other Income** | 4 | | 4 |
| **Net Income** | (17,521) | | 12,504 |

## Royal Blue - Schedule of Rents per Apartment
### Collected by Net Lessee

| APT. No. | Monthly | | Amount Quarterly | Expected 5/1 to 7/31/21 | |
|---|---|---|---|---|---|
| TH1 | 5,615.38 | X3 | $ 16,846.14 | $ - | Was prepaid thru 2/28/22 |
| TH2 | 3,300.00 | X3 | $ 9,900.00 | ? | Was prepaid thru 6/30/21 |
| TH3 | 3,780.00 | X3 | $ 11,340.00 | $ 11,340 | |
| TH4 | 3,350.00 | X3 | $ 10,050.00 | $ 10,050 | |
| TH5 | 4,400.00 | X3 | $ 13,200.00 | $ 13,200 | |
| TH6/164 | 5,800.00 | X3 | $ 17,400.00 | $ 17,400 | |
| TH7 | 6,000.00 | X3 | $ 18,000.00 | ? | Not paying |
| 166 | 5,470.00 | X3 | $ 16,410.00 | $ 16,410 | |
| 168 | 4,582.00 | X3 | $ 13,746.00 | $ 13,746 | |
| 170 | 5,615.39 | X3 | $ 16,846.17 | $ - | Was prepaid thru 2/28/22 |
| 172 | 5,600.00 | X3 | $ 16,800.00 | $ 16,800 | |
| 174 | 5,015.00 | X3 | $ 15,045.00 | $ 15,045 | |
| | 58,527.77 | | $ 175,583.31 | $ 113,991 | |
| | | | | Actual to be collected | |

### Expenses Paid by Net Lessee

| | |
|---|---:|
| Apt. Remodel./Renovation costs | 5,900 |
| Bank Service Charges | 150 |
| Bookkeeping & Accounting fees | 4,200 |
| Common charges & Assessm. | 10,925 |
| Insurance Expense | 6,700 |
| Leasing commissions | 9,000 |
| Licenses & Permits | 2,340 |
| Management fees | 22,500 |
| Net Lease payments | 19,500 |
| Office Supplies & expenses | 450 |
| Property Taxes | 40,800 |
| Repairs & maintenance | 20,500 |
| Transportation expenses | 250 |
| Utilities | 700 |
| **Total Expense** | 103,115 |
| **Net Ordinary Income** | 10,876 |
| Other Income/Expense | |
|   Other Income | |
|     Interest income | 5 |
|   Total Other Income | 5 |
| Net Other Income | 5 |
| **Net Income** | **10,881** |